

# THE THIRTEENTH COURT OF APPEALS

## 13-24-00239-CV

Billy Lopez and Marisa Lopez
v.
Berry Contracting, L.P. D/B/A Bay Ltd.

On Appeal from the
214th District Court of Nueces County, Texas
Trial Court Cause No. 2022DCV-1356-F

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be dismissed. The Court orders the appeal DISMISSED in accordance with its opinion. Costs of the appeal are adjudged against appellants.

We further order this decision certified below for observance.

May 30, 2024